**Dismissed and Memorandum Opinion filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00694-CR

### MICHAEL LAWRENCE TAPLIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1163765**

## M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to assault causing bodily injury to a family member. The trial court deferred a finding of guilt, and on July 10, 2008, the court placed appellant on community supervision for four years and assessed a $500 fine. On June 27, 2012, the State filed a motion to adjudicate appellant's guilt, alleging that he had violated the terms of his community supervision. Appellant entered a plea of true to the allegations in the motion. In accordance with the terms of an agreement with the State, the trial court sentenced appellant on July 17, 2012, to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice and assessed a $500

fine. Appellant signed a written waiver of the right to appeal. On July 24, 2012, appellant filed a *pro se* notice of appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification, signed by appellant, is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record also contains appellant's signed waiver of the right of appeal. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Brown and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).